# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| RASUL MUHAMMAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 19-cv-8334 |
| v. ) | |
| ) | Judge Manish S. Shah |
| GOBI MONGOLIAN CASHMERE USA CORP., ) | Magistrate Judge Maria Valdez |
| ) | |
| Defendant. ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rasul Muhammad and Defendant GOBI MONGOLIAN CASHMERE USA CORP., by and through their respective undersigned counsel, jointly stipulate to the dismissal with prejudice of the instant action, without costs and attorney's fees except as more fully set forth in their Settlement Agreement and Release.

STIPULATED AND AGREED:

| | |
|---|---|
| s/ *R. Joseph Kramer* | s/ *Pagamsuren Lkhagvasuren* |
| R. Joseph Kramer | Pagamsuren Lkhagvasuren |
| KRAMER INJURY LAW LLC | Gobi Mongolian Cashmere USA Corp. |
| 225 W. Washington Street, Ste. 2200 | 1280 Kona Drive |
| Chicago, IL 60606 | Compton, CA 90220 |
| Phone: (312) 775-1012 | Phone: +011 976 8810-6076 |
| joe@rjklawyer.com | pagamsuren@gmail.com |
| | |
| *Attorney for Plaintiff Muhammad* | *Corporate Lawyer for GOBI CASHMERE USA CORP.* |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record entitled to service via the Court's CM/ECF Filing System on February 25, 2020.

/s/ R. Joseph Kramer
R. Joseph Kramer